The Northern Counties Investment Trust, Limited, Appellant, v. Charles F. Street and Others, Respondents.— Judgment affirmed, with

costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.